| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Weaver, Thomas M. | 2. Court or Organization<br><br>Western District of Oklahoma | 3. Date of Report<br><br>07/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S.Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>06/30/2013 |
| 7. Chambers or Office Address<br><br>Suite 907, Old Post Office Bld<br>215 Dean A. McGee Avenue<br>Oklahoma City, OK 73102 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BP P.L.C.(form.BP Amoco)common stock | A | Dividend | J | T | | | | | |
| 2.  First Community Bancshares common stock | A | Dividend | J | W | | | | | |
| 3.  Exxon-Mobil common stock | B | Dividend | K | T | | | | | |
| 4.  Working interest, Reynolds- Burns, Saline Co., Illinois | B | Royalty | | | Sold | 04/09/12 | K | E | American Coal Co. |
| 5.  Mineral interest, Wabash Co., Illinois | A | Royalty | J | W | | | | | |
| 6.  Mineral interest, Clay Co., Ilinois | C | Royalty | J | W | | | | | |
| 7.  Mineral interest, White Co., Illinois | A | Royalty | J | W | | | | | |
| 8.  Mineral interest, Jefferson Co., Illinois | A | Royalty | J | W | | | | | |
| 9.  Mineral interest, Logan Co., Oklahoma | A | Royalty | J | W | | | | | |
| 10.  Mineral interest, Kingfisher Co., Oklahoma | C | Royalty | J | W | | | | | |
| 11.  Mineral interest, Carter Co., Oklahotmma | A | Royalty | J | W | | | | | |
| 12.  Mineral interest, Stephens Co., Oklahoma | D | Royalty | J | W | | | | | |
| 13.  Mineral interest, Pittsburg Co., Oklahoma | A | Royalty | J | W | | | | | |
| 14.  Mineral interest, Oklahoma Co., Oklahoma | A | Royalty | J | W | | | | | |
| 15.  Mineral interest, Caddo Co., Oklahoma | | None | J | W | | | | | |
| 16.  Mineral interest, Choctaw Co., Oklahoma | | None | J | W | | | | | |
| 17.  Mineral interest, Garvin Co., Oklahoma | C | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mineral interest, Lincoln Co., Oklahoma | | None | J | W | | | | | |
| 19. Mineral interest, Pontotoc Co., Oklahoma | A | Royalty | J | W | | | | | |
| 20. Mineral interest, Payne Co., Oklahoma | C | Royalty | J | W | | | | | |
| 21. Mineral interest, Major Co., Oklahoma | | None | J | W | | | | | |
| 22. Mineral interest, Murray Co., Oklahoma | | None | J | W | | | | | |
| 23. Mineral interest, Noble Co., Oklahoma | D | Royalty | J | W | | | | | |
| 24. Quail Creek Bank(Accounts) | A | Interest | K | T | | | | | |
| 25. IRA # 1 | E | Dividend | O | T | | | | | |
| 26. -Amer.Fnds.-Invest.Co.of Amer. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. -Amer.Fnds.-Cap.Inc.Bldrs.Fnd. | | | | | | | | | |
| 29. -Amer.Fnds.-Inc.Fnd. of Amer. | | | | | | | | | |
| 30. -Amer.Fnds.-Grwth Fnd. of Amer. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. -Abbott Labs Corp Bonds | | | | | Redeemed | 12/11/12 | J | A | |
| 34. -Anadarko Petr Corp Bonds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. -Internatl Paper Corp Bonds | | | | | | | | | |
| 37. -CVS Corp Bonds | | | | | | | | | |
| 38. -HCP Inc Corp Bonds | | | | | | | | | |
| 39. -Anheuser Busch Corp Bonds | | | | | | | | | |
| 40. -Gen Elec Corp Bonds | | | | | | | | | |
| 41. -Home Depot Corp bonds | | | | | | | | | |
| 42. -SBC Comm Corp Bonds | | | | | | | | | |
| 43. -Simon Ppty Grp Corp Bonds | | | | | | | | | |
| 44. -Aetna Inc Corp Bonds | | | | | | | | | |
| 45. -Amer Express Co Corp Bonds | | | | | | | | | |
| 46. -Hartford Fncl Srvs Corp Bonds | | | | | | | | | |
| 47. -United Health Group Inc Corp Bonds | | | | | | | | | |
| 48. -A I G Corp Bonds | | | | | | | | | |
| 49. -Genworth Fncl Corp Bonds | | | | | | Sold | 12/03/12 | J | A | |
| 50. -J P Morgan Chase Corp Bonds | | | | | | | | | |
| 51. -Amer.Fnds-Cap Wrld Bond Fnd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amer. Fnds-Interm Bond Fnd | | | | | Sold (part) | 12/03/12 | J | A | |
| 53. -Amer.Fnds-Hi Inc. Bond Fnd | | | | | | | | | |
| 54. -Comcast Corp. Corp Bonds | | | | | | | | | |
| 55. -Wellpoint Inc. Corp Bonds | | | | | | | | | |
| 56. IRA # 2 | A | Dividend | J | T | | | | | |
| 57. -Amer.Fnds.-Amer. Balanced Fnd. | | | | | Sold (part) | 12/03/12 | J | A | |
| 58. | | | | | Sold (part) | 12/17/12 | J | A | |
| 59. Mineral interest-McClain Co.,OK | A | Royalty | J | W | | | | | |
| 60. Mineral interest-Coal Co.,OK | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weaver, Thomas M. | 07/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 6, 10, 12, 17, 20, and 23 -"Royalty Income" includes both royalty income and lease bonus income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Weaver**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544